tiorari denied. *Plato E. Papps* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Theophil C. Kammholz, Dominick L. Manoli* and *Frederick U. Reel* for respondent.

No. 193. WEST ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Frank E. Flynn* for petitioners. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.

No. 196. VERNACI *v.* LOUISIANA;
No. 197. HABENEY *v.* LOUISIANA; and
No. 198. CALLIA ET AL. *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Felicien Y. Lozes* for petitioners in Nos. 196 and 197. *Bentley G. Byrnes* and *George J. Gulotta* for petitioners in No. 198. Reported below: 229 La. 758, 796, 86 So. 2d 895, 909.

No. 200. A. L. COUPE CONSTRUCTION CO., INC., ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Robert Sheriffs Moss, Ralph E. Becker* and *Bailey Walsh* for petitioners. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 202. JOCKEY CLUB *v.* UNITED STATES. Court of Claims. Certiorari denied. *John W. Burke, Jr.* and *H. C. McCollom* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Rice, A. F. Prescott* and *Melva M. Graney* for the United States.

No. 203. PEZZNOLA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Paul T. Smith* and *Reuben Goodman* for petitioner. *Oscar H. Davis,* then Acting Solicitor